## Commonwealth ex rel. Hargrove, Appellant, *v.* Maroney.

Submitted October 11, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Morris Hargrove,* appellant, in propria persona.

*Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 4, 1966:

This is an appeal from an order in the court below dismissing an action of habeas corpus.

The order was correct. The reasons assigned in support of the issuance of the writ are devoid of merit. See, *Commonwealth ex rel. Blackshear v. Myers,* 419 Pa. 151, 213 A. 2d 378 (1965), and *Commonwealth ex rel. Swiger v. Maroney,* 420 Pa. 34, 215 A. 2d 636 (1966).

Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.

———

CONCURRING OPINION BY MR. JUSTICE ROBERTS:

I concur in the result on the ground that appellant's contention based on *Escobedo v. Illinois,* 378 U.S. 478, 84 S. Ct. 1758 (1964), is controlled by *Commonwealth v. Negri,* 419 Pa. 117, 213 A. 2d 670 (1965). I am at a loss to understand why the majority, having held in *Negri* that *Escobedo* is not to be given retrospective application, fails to rely on that decision. Although I dissented from that holding, it represents the present law of this Commonwealth until overruled. See *Commonwealth ex rel. Corbin v. Myers,* 419 Pa. 139, 144, 213 A. 2d 356, 358 (1965) (concurring opinion).